# EXHIBIT A



**SMALL CLAIMS CITATION**

Honorable Kelly N. Crow
Justice of the Peace, Pct 3
22333 Grand Corner Dr. Suite 102
Katy TX 77494

Case No. 19-JSC31-01153

COURT COPY

| | |
|---|---|
| Arthur C Solomon | In the Justice Court |
| Vs. | Precinct 3 |
| Davita | Fort Bend County Texas |

**TO: ANY SHERIFF, CONSTABLE OR OTHER PERSON AUTHORIZED BY LAW, OR ANY PERSON CERTIFIED UNDER ORDER OF THE TEXAS SUPREME COURT:**

Deliver this citation to:   Davita
By Serving
Corporation Services Company
1900 W Littleton Blvd
Littleton CO 80120

The State of Texas to Davita, Defendant, in the hereinafter-styled and numbered cause:

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

This citation is issued pursuant to a petition filed by the above-named plaintiff on April 05, 2019. The plaintiff's attorney name and address, or the plaintiff's address, if they have no attorney, are:

Plaintiff's Name & Address
Arthur C Solomon
32819 Wesleyan Court
Weston Lakes TX 77441

Issued and given under my hand on 4/5/2019

Honorable Kelly N Crow
Fort Bend County, Texas
By: _____
Jacqueline A. Garcia, Justice Court Deputy

### OFFICER'S RETURN

Came to hand on the _____ day of _____ 20____, at _____ o'clock ___.M. and executed within said County _____ on the _____ day of _____ _____ 20____, at _____ o'clock ___m., by delivering to the within named _____ _____* at _____ _____ in person, a true copy of this Citation, having first endorsed thereon the date of delivery.

FEES: Serving Citation $_____
       Mileage $_____
         Total $_____

_____
Deputy

CONSTABLE
Precinct _____

_____

_____, Texas
*State the date and hour of service of each defendant, and where served.

### CERTIFICATE OF DELIVERY

I hereby certify that I delivered to the _____ on the _____ day of _____ 20____, at _____ o'clock ___.m, this copy of this instrument

By: _____
_____ County, Texas


DEFENDANT COPY



## SMALL CLAIMS CITATION

**Honorable Kelly N. Crow**
**Justice of the Peace, Pct 3**
**22333 Grand Corner Dr. Suite 102**
**Katy TX 77494**

**Case No. 19-JSC31-01153**

| | |
|---|---|
| Arthur C Solomon | In the Justice Court |
| Vs. | Precinct 3 |
| Davita | Fort Bend County Texas |

**TO: ANY SHERIFF, CONSTABLE OR OTHER PERSON AUTHORIZED BY LAW, OR ANY PERSON CERTIFIED UNDER ORDER OF THE TEXAS SUPREME COURT:**

Deliver this citation to:    Davita
By Serving
Corporation Services Company
1900 W Littleton Blvd
Littleton CO 80120

The State of Texas to Davita, Defendant, in the hereinafter-styled and numbered cause:

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

This citation is issued pursuant to a petition filed by the above-named plaintiff on April 05, 2019. The plaintiff's attorney name and address, or the plaintiff's address, if they have no attorney, are:

<u>Plaintiff's Name & Address</u>
Arthur C Solomon
32819 Wesleyan Court
Weston Lakes TX 77441

Issued and given under my hand on 4/5/2019

Honorable Kelly N Crow
Fort Bend County, Texas
By: _____
Jacqueline A. Garcia, Justice Court Deputy

U.S. POSTAGE >> PITNEY BOWES

ZIP 77494 $ 006.95
02 4W
0000342693 APR. 05. 2019

**CERTIFIED MAIL**

7013 3020 0001 1489 5965

**KELLY N. CROW**
Justice of the Peace, Precinct
Fort Bend County, Texas
22333 Grand Corner Dr., Suite
Katy, Texas 77494

**OFFICIAL BUSINESS**
Penalty for Private Use

DAVITA
C/O CORPORATION SERVICES COMPANY
1900 W. LITTLETON BLVD
LITTLETON, CO 80120



Case No. 19-JSC31-01153

| Arthur C. Solomon | § | In the Justice Court |
|---|---|---|
| Plaintiff(s) | § | |
| | § | Precinct 3 Place ___ |
| vs | § | |
| DaVita, Inc. | § | Fort Bend County |
| Defendant(s) | § | |
| | § | State of Texas |

## STATEMENT of CLAIM

NOW COMES the above named **Plaintiff**(s), being duly sworn on oath, deposes and says that the above named **Defendant**(s), who can be notified and/or served with citation at the following address:

**1st Defendant Information:**

Name: DaVita, Inc
Address: 2000 16th st.
City/State/Zip: Denver, CO 80202

Check one: ☐ 2nd Defendant or ☑ Registered Agent

Name: Corporation Services Company
Address: 1900 W. Littleton Blvd.
City/State/Zip: Littleton, CO 80120

Defendant(s) is/are justly indebted to Plaintiff(s) in the sum of $ 10,000, and/or return of personal property as described as follows (be specific): Insurance premiums paid of $7,542.66 plus numerous medical claims, which has a value of $ Over $10,000 for the following reason(s):

DaVita provided me erroneous information regarding COBRA insurance when my employment with them terminated. This resulted in me purchasing useless health insurance coverage from them, which caused me to be personally liable for paying several thousand dollars to my wife's healthcare providers.

AND there are no counterclaims existing in favor of Defendant(s) against Plaintiff(s) except:

NONE

☑ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: ARTSOLOMON550@gmail.com

X _[signed]_
Signature of Plaintiff, Plaintiff's authorized agent,   or   Signature of Plaintiff's Attorney (if applicable)
Bar Card # ___

**(Check one)** Serve all notices to ☑ Plaintiff, ☐ Registered Agent or ☐ Attorney for Plaintiff, at the following address:

Name: Arthur C Solomon
Address: 32819 Wesleyan Court
City/State/Zip: Weston Lakes, TX 77441
Phone: 817-659-6006   FAX: ___

RECEIVED APR 0 5 2019 JUSTICE COURT, PCT 3 FORT BEND COUNTY, TX

SWORN to and SUBSCRIBED before me this 5th day of April, 2019.

[Notary seal: JACQUELINE GARCIA CASE MANAGER FT. BEND CO. PCT. 3]

Notary or Clerk of Court

Case No. 19-JSC31-01153

In the Justice Court, Precinct 3, Fort Bend County, Texas

ARTHUR C SOLOMON  vs  _____
Plaintiff                    Defendant

## AFFIDAVIT OF MILITARY STATUS OF DEFENDANT(S)

Before me, the undersigned authority, on this day personally appeared:

_____

Who, under penalty of perjury (fine and/or up to one year in jail), state the following:

My name is ARTHUR C SOLOMON

I am ☑ the plaintiff or ☐ Attorney of record or authorized agent of the plaintiff.
I am capable of making this affidavit. The facts stated in the affidavit are within my personal knowledge and are true and correct.

(check one)
☑ Defendant **is not** in the military.

☐ Defendant **is** in the military service, I know this because _____

☐ I am unable to determine whether or not the Defendant is in military service.

_____
Plaintiff Signature/Attorney or Agent for Plaintiff

SWORN TO and SUBSCRIBED before me on this 5th day of April, 2019

_____
Notary Public in and for the State of Texas
Or Clerk of the Justice Court

[Stamp: JACQUELINE GARCIA, CASE MANAGER, FT. BEND CO. PCT. 3]

[Stamp: RECEIVED APR 05 2019 JUSTICE COURT, PCT 3 FORT BEND COUNTY, TX]

# JUSTICE COURT CIVIL CASE INFORMATION SHEET (4/13)

CAUSE NUMBER *(FOR CLERK USE ONLY):* 19-JSC31-01153

STYLED _____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | | 2. Names of parties in case: |
|---|---|---|
| Name:<br>Arthur C. Solomon | Telephone:<br>817-659-6006 | Plaintiff(s):<br>Arthur C. Solomon |
| Address:<br>32819 Wesleyan Court | Fax: | |
| City/State/Zip:<br>Weston Lakes, TX 77441 | State Bar No: | Defendant(s):<br>DaVita, Inc. |
| Email:<br>artsolomon530@gmail.com | | |
| Signature: | | [Attach additional page as necessary to list all parties] |

**3. Indicate case type, or identify the most important issue in the case** *(select only 1)*:

| ☐ **Debt Claim**: A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☐ **Eviction:** An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |
|---|---|
| ☐ **Repair and Remedy**: A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☑ **Small Claims:** A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |



RECEIVED
APR 0 5 2019
JUSTICE COURT, PCT 3
FORT BEND COUNTY, TX

Electronically Filed
4/19/2019 3:48 PM
Crow, Kelly N.
Justice of the Peace, Pct 3
Fort Bend County, Texas

CAUSE NO. 19-JSC31-01153

| | | |
|---|---|---|
| ARTHUR C. SOLOMON, | § § § | IN THE JUSTICE COURT |
| Plaintiff, | § § | |
| v. | § § § | PRECINCT 3 |
| DAVITA, INC., | § § | |
| Defendant. | § | FORT BEND COUNTY, TEXAS |

**DEFENDANT'S ANSWER AND DEFENSES
TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendant DaVita, Inc. files its Answer and Defenses to Plaintiff's Statement of Claim, respectfully showing as follows:

**GENERAL DENIAL**

Pursuant to TEX. R. CIV. P. 92, Defendant denies each and every allegation contained in Plaintiff's Statement of Claim and any amendment or supplement thereto, and demands strict proof by a preponderance of the credible evidence.

**DEFENSES**

1. Plaintiff's Statement of Claim fails to state a claim upon which relief can be granted.

2. Plaintiff's state law claims are preempted, in whole or in part, by the applicable provisions of the Federal Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq.

3. Plaintiff's claims are barred by his failure to exhaust administrative remedies pursuant to the terms of the employee welfare benefit plan for the insurance benefits giving rise to Plaintiff's claims.

Respectfully submitted,

*/s/ Tiffany Cox Stacy*
Tiffany Cox Stacy
Texas State Bar No. 24050734
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
tiffany.cox@ogletree.com
2700 Weston Centre
112 East Pecan Street
San Antonio, TX 78205
210-354-1300 (phone)
210-277-2702 (fax)

ATTORNEYS FOR DEFENDANT
DAVITA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April, 2019, I electronically filed the foregoing document with the court and a true and correct copy was served electronically and by Certified Mail, Return Receipt Requested to:

Arthur C. Solomon
32819 Wesleyan Court
Weston Lakes, Texas 77441
artsolomon530@gmail.com

*/s/ Tiffany Cox Stacy*
Tiffany Cox Stacy

38232077.1
000007.117000

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back         Location : Fort Bend   Images  Help

# REGISTER OF ACTIONS
## CASE NO. 19-JSC31-01153

| | | | |
|---|---|---|---|
| **Arthur C Solomon vs Davita** | § § § § § | Case Type:<br>Date Filed:<br>Location: | **Small Claims**<br>**04/05/2019**<br>**JP3** |

---

### PARTY INFORMATION

|  |  | **Attorneys** |
|---|---|---|
| **Defendant** | **Davita**<br>Littleton, CO 80120 | |
| **Plaintiff or Petitioner** | **Solomon, Arthur C**<br>Weston Lakes, TX 77441 | |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/05/2019 | **Case Filed (open event)** |
| 04/05/2019 | **Citation** |
| 04/05/2019 | **Civil Citation Service**<br>    Davita                              Unserved |
| 04/05/2019 | **Remarks**<br>    *PAID WITH A CC* |
| 04/19/2019 | **Answer/Response**<br>    *Defendant's Answer and Defenses to Plaintiff's Statement of Claim* |

---

### FINANCIAL INFORMATION

**Defendant** Davita
Total Financial Assessment                                                                                                 2.00
Total Payments and Credits                                                                                                 2.00
**Balance Due as of 05/07/2019**                                                                                       **0.00**

| 04/22/2019 | Transaction Assessment | | | 2.00 |
| 04/22/2019 | E-filing | Receipt # 31-160645 | Davita | (2.00) |

**Plaintiff or Petitioner** Solomon, Arthur C
Total Financial Assessment                                                                                                57.95
Total Payments and Credits                                                                                                57.95
**Balance Due as of 05/07/2019**                                                                                       **0.00**

| 04/05/2019 | Transaction Assessment | | | 51.00 |
| 04/05/2019 | Transaction Assessment | | | 6.95 |
| 04/08/2019 | Online Payment | Receipt # 31-159839 | Solomon, Arthur C | (57.95) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTHUR C. SOLOMON, § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 4:19-CV-1680 |
| § § | |
| DAVITA, INC., § § | |
| Defendant. § | |

## INDEX OF MATTERS BEING FILED

Pursuant to Local Rule 81, Defendant DaVita Inc., submits this Index of Matters Being Filed with its Notice of Removal:

1. Exhibit A – (1) all executed process in the case; (2) all pleadings asserting causes of action and Answer; (3) the state court docket sheet; (4) an index of matters being filed; and (5) a list of all counsel of record, including addresses, telephone numbers, and parties represented.

2. Exhibit B – Defendant's Notice of Removal, filed in the Justice Court, Precinct 3, Fort Bend County, Texas.

38194251.1
020813.000358

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTHUR C. SOLOMON, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-1680 |
| DAVITA, INC., | § § § | |
| Defendant. | § | |

## LIST OF ALL COUNSEL OF RECORD

**PLAINTIFF – PRO SE**
**ARTHUR C. SOLOMON**
32819 Wesleyan Court
Weston Lakes, Texas 77441
Telephone: 817.659.6006
Email: artsolomon530@gmail.com

**COUNSEL FOR DEFENDANT**
**DAVITA, INC.**
Tiffany Cox Stacy
State Bar No. 24050734
Fed. I.D. No. 828425
Email: Tiffany.Cox@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2700 Weston Centre
112 East Pecan Street
San Antonio, TX 78205
Telephone: 210.354.1300
Fax: 210.277.2702

38194085.1
020813.000358