# EXHIBIT  B

CAUSE NO. 19-JSC31-01153

| | | |
|---|---|---|
| ARTHUR C. SOLOMON, | § | IN THE JUSTICE COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | PRECINCT 3 |
| | § | |
| DAVITA, INC., | § | |
| | § | |
| Defendant. | § | FORT BEND COUNTY, TEXAS |

## <u>DEFENDANT'S NOTICE OF REMOVAL</u>

Please take notice that Defendant DaVita, Inc. has filed a Notice of Removal of this action with the United States District Court for the Southern District of Texas – Houston Division. A copy of the Notice of Removal filed in the United States District Court is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Tiffany Cox Stacy*
Tiffany Cox Stacy
Texas State Bar No. 24050734
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
tiffany.cox@ogletree.com
2700 Weston Centre
112 East Pecan Street
San Antonio, TX 78205
210-354-1300 (phone)
210-277-2702 (fax)

ATTORNEYS FOR DEFENDANT
DAVITA, INC.

DEFENDANT'S NOTICE OF REMOVAL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of May, 2019, a true and correct copy of the foregoing document was served by certified mail, return receipt requested, on the following:

Arthur C. Solomon
32819 Wesleyan Court
Weston Lakes, Texas 77441

/s/ Tiffany Cox Stacy
Tiffany Cox Stacy

38430287.1
020813.000358

# EXHIBIT  A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTHUR C. SOLOMON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-CV-1680 |
| | § | |
| DAVITA, INC., | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S NOTICE OF REMOVAL

COMES NOW Defendant DaVita, Inc. ("DaVita" or "Defendant") hereby notices the removal of this action pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 to the United States District Court for the Southern District of Texas, and as grounds therefore states:

### I.    TIMELINESS OF REMOVAL

On or about April 5, 2019, Plaintiff Arthur C. Solomon ("Plaintiff") filed a civil action against Defendant in the Justice Court, Precinct 3, of Fort Bend County, Texas, Case No. 19-JSC31-01153. Defendant's registered agent was served with the Statement of Claim on April 8, 2019. Accordingly, Defendant is timely filing this Notice of Removal within 30 days after service of process, as required by 28 U.S.C. § 1446(b). Defendant filed its answer in the Justice Court on April 19, 2019.

Pursuant to Local Rule 81, this Notice of Removal is accompanied by: (1) all executed process in the case; (2) all pleadings asserting causes of action and Defendant's Answer; (3) the state court docket sheet; (4) an index of matters being filed; and (5) a list of all counsel of record, including addresses, telephone numbers, and parties represented, collectively attached hereto as Exhibit A.

## II.   <u>VENUE</u>

The Justice Court, Precinct 3, of Fort Bend County, Texas, is located within the Houston Division of the Southern District of Texas.  28 U.S.C. § 124(b)(2).  Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

## III.   <u>JURISDICTION BASED ON FEDERAL QUESTION</u>

This action is properly removable under 28 U.S.C. § 1441(a) because the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."   Plaintiff's claims against DaVita are completely preempted by ERISA, which provides the basis for Defendant's instant removal.

Specifically, in Plaintiff's Statement of Claim, Plaintiff alleges as follows: "DaVita provided me erroneous information regarding COBRA insurance when my employment with them terminated.  This resulted in me purchasing useless health insurance from them, which caused me to be personally liable in paying several thousand dollars to my wife's healthcare providers."  Given Plaintiff's allegations, this Court has original jurisdiction of this action under the provisions of ERISA as the "COBRA benefits" and "health insurance" referred to in Plaintiff's Statement of Claim relate to and are dependent upon DaVita's employee welfare benefit plan governed by ERISA (the "Plan").

ERISA's civil enforcement provision, section 502, completely preempts state causes of action that deal with that section's subject matter.  29 U.S.C. § 1132.  Section 502 allows a plan beneficiary to bring suit: (1)"to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the

2

terms of the plan," 29 U.S.C. § 1132(a)(1)(B), or (2) "to enjoin any act or practice which violates any provision of this title or the terms of the plan ... [or] obtain other appropriate equitable relief to redress such violations or to enforce any provisions of this title or the terms of the plan," 29 U.S.C. § 1132(a)(3). "Put simply, there is complete preemption jurisdiction over a claim that seeks relief 'within the scope of the civil enforcement provisions of § 502(a).'" *Arana v. Ochsner Health Plan*, 338 F.3d 433, 440 (5th Cir. 2003) (en banc) (quoting *Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58, 66 (1987)). A defendant may remove such claims to federal court. *Giles*, 172 F.3d at 337. The Fifth Circuit has held that ERISA preempts a state claim if that claim "would cease to exist" if stripped of its link to the ERISA plan at issue. *Rokohl v. Texaco, Inc.*, 77 F.3d 126, 129 (5th Cir. 1996).

While Plaintiff does not specify his exact legal claim, the Fifth Circuit has consistently held that any of the state law claims Plaintiff could conceivable assert in this matter, such as state law claims for breach of contract, violations of the Texas Deceptive Trade Practice Act and the Texas Insurance Code, fraud and fraudulent inducement, and breach of fiduciary duty, to be all preempted by ERISA. *Kellebrew v. UNUM Life Ins. Co. of Am.*, No. CIV.A. H-06-0275, 2006 WL 1050664, at *2 (S.D. Tex. Apr. 20, 2006). Accordingly, this Court has original jurisdiction of this action under the provisions of ERISA, such that this case is properly removable under 28 U.S.C. § 1441(a).

## IV.     CONCLUSION

In accordance with 28 U.S.C. § 1466, copies of this Notice of Removal will be promptly served Plaintiff, who is proceeding *pro se*, and filed with the Clerk of the Justice Court, Precinct 3, of Fort Bend County, Texas. A copy of Defendant's notice of filing to the state court is attached hereto as Exhibit B.

WHEREFORE, Defendant respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the Justice Court, Precinct 3, of Fort Bend County, Texas to the United States District Court for the Southern District of Texas – Houston Division.

Respectfully submitted,

 */s/ Tiffany Cox Stacy*
Tiffany Cox Stacy
Texas State Bar No. 24050734
Fed I.D. No. 828425
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2700 Weston Centre
112 East Pecan Street
San Antonio, TX  78205
210-354-1300
210-277-2702 (Fax)
tiffany.cox@ogletree.com

ATTORNEYS FOR DEFENDANT
DAVITA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I have mailed a true and correct copy of the foregoing document by certified mail, return receipt requested, to the following:

Arthur C. Solomon
32819 Wesleyan Court
Weston Lakes, Texas 77441
artsolomon530@gmail.com

 */s/Tiffany Cox Stacy*
Tiffany Cox Stacy

38430767.1
020813.000358

4

# EXHIBIT A



*COURT COPY*

**SMALL CLAIMS CITATION**

**Honorable Kelly N. Crow**
**Justice of the Peace, Pct 3**
**22333 Grand Corner Dr. Suite 102**
**Katy TX  77494**

**Case No. 19-JSC31-01153**

| | |
|---|---|
| Arthur C Solomon | In the Justice Court |
| Vs. | Precinct 3 |
| Davita | Fort Bend County Texas |

**TO:  ANY SHERIFF, CONSTABLE OR OTHER PERSON AUTHORIZED BY LAW, OR ANY PERSON CERTIFIED UNDER ORDER OF THE TEXAS SUPREME COURT:**

Deliver this citation to:       Davita
                                By Serving
                                Corporation Services Company
                                1900 W Littleton Blvd
                                Littleton CO  80120

The State of Texas to Davita, Defendant, in the hereinafter-styled and numbered cause:

**You have been sued.  You may employ an attorney to help you in defending against this lawsuit.  But you are not required to employ an attorney.  You or your attorney must file an answer with the court.  Your answer is due by the end of the 14th day after the day you were served with these papers.  If the 14th day is a Saturday, Sunday or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday or legal holiday.  Do not ignore these papers.  If you do not file an answer by the due date, a default judgment may be taken against you.  For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

This citation is issued pursuant to a petition filed by the above-named plaintiff on April 05, 2019. The plaintiff's attorney name and address, or the plaintiff's address, if they have no attorney, are:

Plaintiff's Name & Address
Arthur C Solomon
32819 Wesleyan Court
Weston Lakes TX  77441

Issued and given under my hand on 4/5/2019

Honorable Kelly N Crow
Fort Bend County, Texas

By: _____
Jacqueline A. Garcia, Justice Court Deputy

OFFICER'S RETURN

Came to hand on the _____ day of _____ 20_____, at _____

o'clock ___.M. and executed within said County _____ on the _____ day of _____

_____ 20_____, at _____ o'clock ___m., by delivering to the within named _____

_____* at _____

_____ in person, a true copy of this Citation,

having first endorsed thereon the date of delivery.


FEES: Serving Citation  $_____
              Mileage  $_____
                Total  $_____


_____            _____
_____
Deputy                                        CONSTABLE
                                              Precinct _____

                                              _____
_____, Texas
*State the date and hour of service of each defendant, and where served.


CERTIFICATE OF DELIVERY

I hereby certify that I delivered to the _____ on the _

_____ day of _____ 20_____, at _____ o'clock ___ .m,

this copy of this instrument


By: _____

    _____ County, Texas





**SMALL CLAIMS CITATION**

**Honorable Kelly N. Crow**
**Justice of the Peace, Pct 3**
**22333 Grand Corner Dr. Suite 102**
**Katy TX 77494**

**Case No. 19-JSC31-01153**

Arthur C Solomon                              In the Justice Court

Vs.                                          Precinct 3

Davita                                       Fort Bend County Texas

**TO: ANY SHERIFF, CONSTABLE OR OTHER PERSON AUTHORIZED BY LAW, OR ANY**
**PERSON CERTIFIED UNDER ORDER OF THE TEXAS SUPREME COURT:**

Deliver this citation to:          Davita
                                   By Serving
                                   Corporation Services Company
                                   1900 W Littleton Blvd
                                   Littleton CO  80120

The State of Texas to Davita, Defendant, in the hereinafter-styled and numbered cause:

**You have been sued.  You may employ an attorney to help you in defending against this**
**lawsuit.  But you are not required to employ an attorney.  You or your attorney must file an**
**answer with the court.  Your answer is due by the end of the 14th day after the day you**
**were served with these papers.  If the 14th day is a Saturday, Sunday or legal holiday, your**
**answer is due by the end of the first day following the 14th day that is not a Saturday,**
**Sunday or legal holiday.  Do not ignore these papers.  If you do not file an answer by the**
**due date, a default judgment may be taken against you.  For further information, consult**
**Part V of the Texas Rules of Civil Procedure, which is available online and also at the court**
**listed on this citation.**

This citation is issued pursuant to a petition filed by the above-named plaintiff on April 05, 2019.
The plaintiff's attorney name and address, or the plaintiff's address, if they have no attorney, are:

Plaintiff's Name & Address
Arthur C Solomon
32819 Wesleyan Court
Weston Lakes TX  77441

Issued and given under my hand on 4/5/2019

                              Honorable Kelly N Crow
                              Fort Bend County, Texas

                              By:_____
                              Jacqueline A Garcia, Justice Court Deputy

U.S. POSTAGE >> PITNEY BOWES

ZIP 77494 $ 006.95⁰
02 4W
0000342693 APR 05 2019

CERTIFIED MAIL™

7013 3020 0001 1489 5965

KELLY N. CROW
Justice of the Peace, Precinct
Fort Bend County, Texas
22333 Grand Corner Dr., Suite
Katy, Texas 77494

OFFICIAL BUSINESS

Penalty for Private Use

DAVITA
C/O CORPORATION SERVICES COMPANY
1900 W. LITTLETON BLVD
LITTLETON, CO 80120



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Case No. 19-JSC31-01153

| Arthur C. Solomon | § | **In the Justice Court** |
| _Plaintiff(s)_ | § | **Precinct** 3 **Place**___ |
| | § | |
| | § vs | |
| DaVita, Inc. | § | **Fort Bend County** |
| _Defendant(s)_ | § | |
| | § | **State of Texas** |

## STATEMENT of CLAIM

NOW COMES the above named **Plaintiff**(s), being duly sworn on oath, deposes and says that the above named **Defendant**(s), who can be notified and/or served with citation at the following address:

1st **Defendant Information:**                                 Check one:  ☐ 2nd Defendant or  ☑ **Registered Agent**

DaVita, Inc                                                 Corporation Services Company
_____                   _____
Name                                                       Name
2000 16th st.                                              1900 W. Littleton Blvd.
_____                   _____
Address                                                     Address
Denver, CO  80202                                        Littleton, CO  80120
_____                   _____
City                State       Zip Code                City                State       Zip Code

Defendant(s) is/are justly indebted to Plaintiff(s) in the sum of $ 10,000 _____, and/or return of personal property as described as follows (be specific): Insurance premiums paid of $7,542.66 plus numerous medical claims ___,
which has a value of $ Over $10,000 for the following reason(s):_____
DaVita provided me erroneous information regarding COBRA insurance when my employment with them terminated.
_____
This resulted in me purchasing useless health insurance coverage from them, which caused me to be personally
_____
liable for paying several thousand dollars to my wife's healthcare providers.
_____

·AND there are no counterclaims existing in favor of Defendant(s) against Plaintiff(s) except:
_____
        NONE
_____

☑  If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address,
please check this box, and provide your valid email address: ARTSOLOMON550@GMAIL.com .

X  _____                 _____
   _Signature of Plaintiff, Plaintiff's authorized agent,_        or        _Signature of Plaintiff's Attorney (if applicable)_
                                                                       Bar Card #_____

**_(Check one)_** Serve all notices to ☑Plaintiff, ☐Registered Agent or ☐Attorney for Plaintiff, at the following address:

Arthur C Solomon
_____
Name
32819 Wesleyan Court
_____
Address
Weston Lakes, TX  77441
_____
City                State       Zip Code
817-659-6006
_____
Phone                          FAX

**_SWORN_** to and **_SUBSCRIBED_** before me this 3rd day of _April_ , 20 19 .

RECEIVED
APR 0 5 2019
JUSTICE COURT, PCT 3
FORT BEND COUNTY, TX

JACQUELINE GARCIA
CASE MANAGER
FT. BEND CO. PCT. 3

_____
        _Notary or Clerk of Court_

Case No. 19-JSC31-01153

In the Justice Court, Precinct 3, Fort Bend County, Texas

_Arthur C Solomon_     VS     _____
Plaintiff                                    Defendant

**AFFIDAVIT OF MILITARY STATUS OF DEFENDANT(S)**

Before me, the undersigned authority, on this day personally appeared:

Who, under penalty of perjury (fine and/or up to one year in jail), state the following:

My name is ___Arthur C Solomon___

I am ☑ the plaintiff or ☐ Attorney of record or authorized agent of the plaintiff.
I am capable of making this affidavit. The facts stated in the affidavit are within
my personal knowledge and are true and correct.

*(check one)*
☑   Defendant **is not** in the military.

☐   Defendant **is** in the military service, I know this because _____
_____
_____

☐   I am unable to determine whether or not the Defendant is in military service.

_____
Plaintiff Signature/Attorney or Agent for Plaintiff

SWORN TO and SUBSCRIBED before me on this 5 day of April , 2019

_____
Notary Public in and for the State of Texas
Or Clerk of the Justice Court

JACQUELINE GARCIA
CASE MANAGER
FT. BEND CO. PCT. 3

RECEIVED
APR 0 5 2019
JUSTICE COURT, PCT. 3
FORT BEND COUNTY, TX

## JUSTICE COURT CIVIL CASE INFORMATION SHEET (4/13)

CAUSE NUMBER *(FOR CLERK USE ONLY)*: 19-JSC31-01153

STYLED _____

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | | 2. Names of parties in case: |
|---|---|---|
| **Name:**<br>Arthur C. Solomon | **Telephone:**<br>817-659-6006 | Plaintiff(s):<br>Arthur C. Solomon |
| **Address:**<br>32819 Wesleyan Court | **Fax:** | |
| **City/State/Zip:**<br>Weston Lakes, TX  77441 | **State Bar No:** | Defendant(s):<br>DaVita, Inc. |
| **Email:**<br>artsolomon530@gmail.com | | |
| **Signature:** | | [Attach additional page as necessary to list all parties] |

**3. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| | |
|---|---|
| ☐ *Debt Claim*: A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☐ *Eviction:* An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |
| ☐ *Repair and Remedy*: A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☑ *Small Claims*: A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |



RECEIVED
APR 0 5 2019
JUSTICE COURT, PCT 3
FORT BEND COUNTY, TX

Electronically Filed
4/19/2019 3:48 PM
Crow, Kelly N.
Justice of the Peace, Pct 3
Fort Bend County, Texas

CAUSE NO. 19-JSC31-01153

| | | |
|---|---|---|
| ARTHUR C. SOLOMON, | § | IN THE JUSTICE COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | PRECINCT 3 |
| | § | |
| DAVITA, INC., | § | |
| Defendant. | § | FORT BEND COUNTY, TEXAS |

## DEFENDANT'S ANSWER AND DEFENSES
## TO PLAINTIFF'S STATEMENT OF CLAIM

Defendant DaVita, Inc. files its Answer and Defenses to Plaintiff's Statement of Claim, respectfully showing as follows:

## GENERAL DENIAL

Pursuant to TEX. R. CIV. P. 92, Defendant denies each and every allegation contained in Plaintiff's Statement of Claim and any amendment or supplement thereto, and demands strict proof by a preponderance of the credible evidence.

## DEFENSES

1.  Plaintiff's Statement of Claim fails to state a claim upon which relief can be granted.

2.  Plaintiff's state law claims are preempted, in whole or in part, by the applicable provisions of the Federal Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq.

3.  Plaintiff's claims are barred by his failure to exhaust administrative remedies pursuant to the terms of the employee welfare benefit plan for the insurance benefits giving rise to Plaintiff's claims.

---

DEFENDANT'S ANSWER AND DEFENSES                                           PAGE 1

Respectfully submitted,

_/s/ Tiffany Cox Stacy_
Tiffany Cox Stacy
Texas State Bar No. 24050734
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
tiffany.cox@ogletree.com
2700 Weston Centre
112 East Pecan Street
San Antonio, TX  78205
210-354-1300 (phone)
210-277-2702 (fax)

ATTORNEYS FOR DEFENDANT
DAVITA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2019, I electronically filed the foregoing document with the court and a true and correct copy was served electronically and by Certified Mail, Return Receipt Requested to:

Arthur C. Solomon
32819 Wesleyan Court
Weston Lakes, Texas 77441
artsolomon530@gmail.com

_/s/ Tiffany Cox Stacy_
Tiffany Cox Stacy

38232077.1
000007.117000

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back
Location : Fort Bend   Images Help

# REGISTER OF ACTIONS
## CASE NO. 19-JSC31-01153

| | | | |
|---|---|---|---|
| Arthur C Solomon vs Davita | § § § § § | Case Type: | **Small Claims** |
| | | Date Filed: | **04/05/2019** |
| | | Location: | **JP3** |

---

### PARTY INFORMATION

| | | **Attorneys** |
|---|---|---|
| **Defendant** | **Davita**<br>Littleton, CO 80120 | |
| **Plaintiff or Petitioner** | **Solomon, Arthur C**<br>Weston Lakes, TX 77441 | |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/05/2019 | **Case Filed (open event)** |
| 04/05/2019 | **Citation** |
| 04/05/2019 | **Civil Citation Service** |
| | Davita                                          Unserved |
| 04/05/2019 | **Remarks** |
| | *PAID WITH A CC* |
| 04/19/2019 | **Answer/Response** |
| | *Defendant's Answer and Defenses to Plaintiff's Statement of Claim* |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Defendant** Davita | | | |
| | Total Financial Assessment | | | 2.00 |
| | Total Payments and Credits | | | 2.00 |
| | **Balance Due as of 05/07/2019** | | | **0.00** |
| 04/22/2019 | Transaction Assessment | | | 2.00 |
| 04/22/2019 | E-filing | Receipt # 31-160645 | Davita | (2.00) |

| | | | | |
|---|---|---|---|---|
| | **Plaintiff or Petitioner** Solomon, Arthur C | | | |
| | Total Financial Assessment | | | 57.95 |
| | Total Payments and Credits | | | 57.95 |
| | **Balance Due as of 05/07/2019** | | | **0.00** |
| 04/05/2019 | Transaction Assessment | | | 51.00 |
| 04/05/2019 | Transaction Assessment | | | 6.95 |
| 04/08/2019 | Online Payment | Receipt # 31-159839 | Solomon, Arthur C | (57.95) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ARTHUR C. SOLOMON,                          §
                                            §
            Plaintiff,                      §
                                            §
v.                                          §    CIVIL ACTION NO. 4:19-CV-1680
                                            §
DAVITA, INC.,                               §
                                            §
            Defendant.                      §

## INDEX OF MATTERS BEING FILED

Pursuant to Local Rule 81, Defendant DaVita Inc., submits this Index of Matters Being Filed with its Notice of Removal:

1.      Exhibit A – (1) all executed process in the case; (2) all pleadings asserting causes of action and Answer; (3) the state court docket sheet; (4) an index of matters being filed; and (5) a list of all counsel of record, including addresses, telephone numbers, and parties represented.

2.      Exhibit B – Defendant's Notice of Removal, filed in the Justice Court, Precinct 3, Fort Bend County, Texas.

38194251.1
020813.000358

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ARTHUR C. SOLOMON,                        §
                                          §
            Plaintiff,                    §
                                          §
v.                                        §      CIVIL ACTION NO. 4:19-CV-1680
                                          §
DAVITA, INC.,                             §
                                          §
            Defendant.                    §

## LIST OF ALL COUNSEL OF RECORD

**PLAINTIFF – PRO SE**
**ARTHUR C. SOLOMON**
32819 Wesleyan Court
Weston Lakes, Texas 77441
Telephone: 817.659.6006
Email: artsolomon530@gmail.com

**COUNSEL FOR DEFENDANT**
**DAVITA, INC.**
Tiffany Cox Stacy
State Bar No. 24050734
Fed. I.D. No. 828425
Email: Tiffany.Cox@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2700 Weston Centre
112 East Pecan Street
San Antonio, TX 78205
Telephone: 210.354.1300
Fax: 210.277.2702

# EXHIBIT  B

CAUSE NO. 19-JSC31-01153

| | | |
|---|---|---|
| ARTHUR C. SOLOMON, | § | IN THE JUSTICE COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | PRECINCT 3 |
| | § | |
| DAVITA, INC., | § | |
| | § | |
| Defendant. | § | FORT BEND COUNTY, TEXAS |

## <u>DEFENDANT'S NOTICE OF REMOVAL</u>

Please take notice that Defendant DaVita, Inc. has filed a Notice of Removal of this action with the United States District Court for the Southern District of Texas – Houston Division. A copy of the Notice of Removal filed in the United States District Court is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Tiffany Cox Stacy*
Tiffany Cox Stacy
Texas State Bar No. 24050734
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
tiffany.cox@ogletree.com
2700 Weston Centre
112 East Pecan Street
San Antonio, TX 78205
210-354-1300 (phone)
210-277-2702 (fax)

ATTORNEYS FOR DEFENDANT
DAVITA, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of May, 2019, a true and correct copy of the foregoing document was served by certified mail, return receipt requested, on the following:

Arthur C. Solomon
32819 Wesleyan Court
Weston Lakes, Texas 77441

*/s/ Tiffany Cox Stacy*
Tiffany Cox Stacy

38430287.1
020813.000358