IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTHUR C. SOLOMON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-CV-1680 |
| | § | |
| DAVITA, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing an Agreed Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a) within 30 days.

Dated: July 26, 2019

Respectfully submitted,

 */s/ Tiffany Cox Stacy*
Tiffany Cox Stacy
Texas State Bar No. 24050734
Fed I.D. No. 828425
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2700 Weston Centre
112 East Pecan Street
San Antonio, TX  78205
210-354-1300
210-277-2702 (Fax)
tiffany.cox@ogletree.com


ATTORNEYS FOR DEFENDANT
DAVITA, INC.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I have mailed a true and correct copy of the foregoing document by electronic mail and First Class Mail, to the following:

Arthur C. Solomon
32819 Wesleyan Court
Weston Lakes, Texas 77441
artsolomon530@gmail.com

*/s/Tiffany Cox Stacy*
Tiffany Cox Stacy

020813.000358
39395600.1