IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTHUR C. SOLOMON, | § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. 4:19-CV-1680 |
| DAVITA, INC., | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

In accordance with Rule 41 of the Federal Rules of Civil Procedure, the parties file this Joint Stipulation of Dismissal with Prejudice, stipulating to the dismissal, with prejudice, of Arthur C. Solomon's claims against Defendant DaVita, Inc. This stipulation resolves this case in its entirety, dismissing all of Plaintiff's claims against Defendant. The Parties further agree and stipulate that they each shall bear their own respective costs, expenses, and fees incurred as a result of this action. Accordingly, the parties request that the Court sign an Order dismissing with prejudice all claims made by Plaintiff against Defendant.

Signed on this 13th day of August, 2019.

Respectfully submitted,

| | |
|---|---|
|   */s/ Arthur C. Solomon* |   */s/ Tiffany Cox Stacy* |
| ARTHUR C. SOLOMON | TIFFANY COX STACY |
| artsolomon530@gmail.com | State Bar No. 24050734 |
| 32819 Wesleyan Court | Federal ID No. 828425 |
| Weston Lakes, Texas 77441 | tiffany.cox@ogletree.com |
| | Ogletree, Deakins, Nash, Smoak |
| **PLAINTIFF PRO SE** |  & Stewart, P.C. |
| | 112 East Pecan Street |
| | 2700 Weston Centre |
| | San Antonio, Texas 78205 |
| | Telephone:  (210) 354-1300 |
| | Facsimile:  (210) 277-2702 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **DAVITA, INC.** |

## CERTIFICATE OF SERVICE

     I hereby certify that on this 13th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I have served a true and correct copy of the foregoing document by electronic mail, to the following:

Arthur C. Solomon
32819 Wesleyan Court
Weston Lakes, Texas 77441
artsolomon530@gmail.com

       */s/Tiffany Cox Stacy*
       Tiffany Cox Stacy

020813.000358
39619429.1