United States District Court
Southern District of Texas
**ENTERED**
August 14, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTHUR C. SOLOMON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-01680 |
| | § | |
| DAVITA, INC., | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice ("Motion") [Doc. # 9].  It is hereby

**ORDERED** that the Motion is **GRANTED** and this lawsuit is **DISMISSED with prejudice**, each party to bear its own costs.

SIGNED at Houston, Texas, this 14th day of **August, 2019.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\1680DO.docx  190814.0855